No. 1472. SUCESIÓN DE JOSÉ RAMÓN ORCASITAS, APELANTE, v. SUCESIÓN DE JOSÉ ORCASITAS ORTIZ, APELADA.—Nulidad de contratos, etc.  San Juan, Sección 1.ª  Marzo 23, 1916.  *Desestimada la apelación.*

---

No. 1083. OLIVER ET AL., APELADOS, v. ANDINO ET AL., APELANTES.—Dominio.  San Juan, Sección 2ª.  Marzo 23, 1916.  *Desestimada la apelación interpuesta por Agustina Cepeda y Andino.*

---

No. 1000. EL PUEBLO, APELADO, v. MEDINA, APELANTE.—Hurto menor.  Ponce.  Marzo 29, 1916.  *Confirmada la sentencia.*

---

No. 1483. SUCESIÓN CABALLER, APELADA, v. SUCESORES DE M. LOMBA & CO., APELANTES.—Indemnización.  San Juan, Sección 1ª.  Abril 5, 1916.  *Desestimada la apelación.*

---

No. 1400. QUIÑONES, APELANTE, v. ANA MARÍA SUGAR CO. INC., APELADA.—Indemnización.  (Nuevo juicio.)  Abril 5, 1916.  *Desestimada la apelación.*

---

No. 1001. EL PUEBLO, APELADO, v. MARRERO, CONOCIDO POR PÉREZ, APELANTE.—Acometimiento y agresión grave.  Mayagüez.  Abril 6, 1916.  *Confirmada la sentencia.*

---

No. 957. EL PUEBLO, APELADO, v. MICHEO, APELANTE.—Infracción artículo 141 del Código Penal.  Guayama.  Abril 7, 1916.  *Confirmada la sentencia.*